IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Mark Detwiler                     :        CIVIL ACTION
                                  :
            v.                    :
                                  :
Valero Marketing and Supply       :
Company, *et al.*                 :        NO. 08-3495


ORDER


AND NOW, this 22nd day of October 2009, upon consideration of the Valero Defendants' Motion for Summary Judgment, Eves Trucking's Motion for Summary Judgment on the Third-Party Complaint, the Valero Defendants' Cross-Motion for Summary Judgment on the Third-Party Complaint, and the responses thereto, IT IS ORDERED:

      1.  That as to the Complaint:

          a.  Counts II and III are DEEMED WITHDRAWN;

          b.  Before the start of trial, the plaintiff shall either stipulate to the dismissal of Valero Energy Corporation and Valero Marketing and Supply Company or file a supplemental brief setting forth the specific reasons these defendants should not be dismissed;

          c.  In all other respects, the motion is DENIED.

      2.  That as to the Third-Party Complaint:

          a.  Summary Judgment is GRANTED in favor of Eves Trucking and against the Valero Defendants on the First Count (failure to provide insurance);

        b.      Summary Judgment is GRANTED in favor of Eves Trucking and against the Valero Defendants on the Second Count as to the duty to defend ONLY;

        c.      In all other respects, the motions are DENIED.


BY THE COURT:



/s/ John P. Fullam
John P. Fullam,     Sr. J.