IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Mark Detwiler | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| Valero Marketing and Supply Company, *et al.* | : | NO. 08-3495 |

ORDER

AND NOW, this 2nd day of December 2009, upon consideration of the Motion to Intervene filed by American Interstate Insurance Company (Document No. 42), and the responses thereto, IT IS ORDERED:

that the Motion to Intervene is DENIED and the Answer with Affirmative Defenses and Counterclaim (Document No. 43) is STRICKEN.

BY THE COURT:


/s/ John P. Fullam
John P. Fullam,    Sr. J.