IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mark Detwiler | : | CIVIL ACTION |
| v. | : | |
| Valero Marketing and Supply Company, *et al.* | : | NO. 08-3495 |

ORDER

AND NOW, this 2nd day of December 2009, upon consideration of the Cross-Motions to Exclude Evidence filed by the Valero Defendants (Document No. 44) and Eves Trucking Company (Document No. 48), and the opposition thereto, IT IS ORDERED:

that the Motions are DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.